# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Philadelphia DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kathleen Rae Fretz <br> <u>Debtor</u> | CHAPTER 7 <br><br> BKY. NO. 16-12969 AMC |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank, and index same on the master mailing list.

Re: Loan # Ending In: 4998

Respectfully submitted,

**/s/Joshua I. Goldman, Esquire**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406