IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 7 |
| | : | |
| KATHLEEN RAE FRETZ | : | |
| | : | |
| Debtor | : | Bankruptcy No. 16-12969-amc |
| | : | |

**ORDER**

AND NOW, this ___ day of _____ 2016, upon consideration of the Amended Motion of Debtor to Convert Case From a Proceeding Under Chapter 7 To a Proceeding Under Chapter 13 Pursuant to 11 U.S.C.§706(a), upon service to the U.S. Trustee, the Chapter 7 Trustee, and all creditors and interested parties, and after Notice and Hearing,

IT IS HEREBY, ORDERED that this case is converted pursuant to Bankruptcy Code Section 706(a) from a proceeding under Chapter 7 to a proceeding under Chapter 13 of the Bankruptcy Code.

BY THE COURT

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Interested parties:
(See attached list)