United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 16-12969-amc
Kathleen Rae Fretz                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Stacey          Page 1 of 2              Date Rcvd: Oct 21, 2016
                           Form ID: pdf900        Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2016.
db          +Kathleen Rae Fretz,    315 Sunnyhill Drive,    Souderton, PA 18964-1158
aty         +Andrew N. Schwartz,    Law Offices of Andrew N. Schwartz,    1900 Spruce Street,
             Philadelphia, PA 19103-6605
cr           Penn Liberty Bank,    c/o Craig H. Fox, Esquire,    One Montgomery Plaza,    Suite 706,
             425 Swede Street,    Norristown, PA 19401
13722412    +Borough Of Souderton, PA,    Taxes: County & Borough,    Tax Office, Borough Building,
             31 W Summit Street,    Souderton, PA 18964-1612
13716927    +Penn Liberty Bank,    c/o Craig H. Fox, Esquire,    Fox and Fox Attorneys at Law, P.C.,
             425 Swede Street,    One Montgomery Plaza, Suite 706,    Norristown, PA 19401-4852
13722414    #+Penn Liberty Bank,    724 West Lancaster Avenue,    Suite 210,    Wayne, PA 19087-2558
13722408     Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
13722410     Pennsylvania Department Of Revenue,    Bureau Of Individual Taxes,    PO Box 280432,
             Harrisburg, PA 17128-0432

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Oct 22 2016 02:18:34    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 22 2016 02:17:35
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 22 2016 02:18:22    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13722407     E-mail/Text: mrdiscen@discover.com Oct 22 2016 02:17:16    Discover Card,    PO Box 30943,
             Salt Lake City, UT 84130
13722409    +E-mail/Text: bankruptcy@erieinsurance.com Oct 22 2016 02:19:12    Erie Insurance,
             100 Erie Insurance Place,    Erie, PA 16530-9000
13722411     E-mail/Text: cio.bncmail@irs.gov Oct 22 2016 02:17:18    Department of the Treasury,
             Internal Revenue Service,    Philadelphia, PA 19255-0025
13722413     E-mail/Text: camanagement@mtb.com Oct 22 2016 02:17:21    M&T Bank,    PO Box 1288,
             Buffalo, NY 14240-1288
                                                                                    TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13722420*   +Borough Of Souderton, PA,    Taxes: County & Borough,    Tax Office, Borough Building,
             31 W Summit Street,    Souderton, PA 18964-1612
13722415*   ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
             (address filed with court: Discover Card,    PO Box 30943,    Salt Lake City, UT 84130)
13722417*   +Erie Insurance,    100 Erie Insurance Place,    Erie, PA 16530-9000
13722419*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Department of the Treasury,    Internal Revenue Service,
             Philadelphia, PA 19255-0025)
13722421*   ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
             (address filed with court: M&T Bank,    PO Box 1288,    Buffalo, NY 14240-1288)
13722422*   +Penn Liberty Bank,    724 West Lancaster Avenue,    Suite 210,    Wayne, PA 19087-2558
13722416*    Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-4406
13722418*    Pennsylvania Department Of Revenue,    Bureau Of Individual Taxes,    PO Box 280432,
             Harrisburg, PA 17128-0432
                                                                        TOTALS: 0, * 8, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2016                              Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Oct 21, 2016
                             Form ID: pdf900           Total Noticed: 15

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2016 at the address(es) listed below:

      ANDREW N. SCHWARTZ    on behalf of Debtor Kathleen Rae Fretz andrew.schwartz@psinet.com
      CRAIG H. FOX    on behalf of Creditor    Penn Liberty Bank bankruptcy@foxandfoxlaw.com,
      cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                      TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                               :        Chapter 7
                                     :
    KATHLEEN RAE FRETZ               :
                                     :
    Debtor                           :        Bankruptcy No. 16-12969-amc
                                     :

## ORDER

AND NOW, this ___ day of _____ 2016, upon consideration of the Amended

Motion of Debtor to Convert Case From a Proceeding Under Chapter 7 To a Proceeding Under

Chapter 13 Pursuant to 11 U.S.C.§706(a), upon service to the U.S. Trustee, the Chapter 7

Trustee, and all creditors and interested parties, and after Notice and Hearing,

IT IS HEREBY, ORDERED that this case is converted pursuant to Bankruptcy Code Section

706(a) from a proceeding under Chapter 7 to a proceeding under Chapter 13 of the Bankruptcy

Code.

BY THE COURT

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE

Interested parties:
(See attached list)