**Fox and Fox Attorneys at Law, P.C.**
**By: Craig H. Fox, Esquire**
**Attorney I.D. #49509**
**706 One Montgomery Plaza**
**425 Swede Street**
**Norristown, PA  19401**
**Telephone:  (610) 275-7990**
**Facsimile:  (610) 275-2866**
**cfox@foxandfoxlaw.com**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
|     KATHLEEN RAE FRETZ, | : | |
|         Debtor(s) | : | BANKRUPTCY NO.  16-12969-amc |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**
**AND SERVICE OF PAPERS**

TO THE CLERK, U.S. BANKRUPTCY COURT:

    Kindly enter my appearance on behalf of Wilmington Savings Fund Society, FSB, dba WSFS Bank, Successor by Merger to Penn Liberty Bank, in the above entitled matter, and take notice that as a party in interest, we hereby request, through Fox and Fox Attorneys at Law, P.C. and its undersigned counsel, in accordance with Bankruptcy Rules 2002, 9007, 9010, 9013 and 9014 and the Bankruptcy Code that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings be served upon: Fox and Fox Attorneys at Law, P.C., 706 One Montgomery Plaza, 425 Swede Street, Norristown, PA 19401.

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any petition, application, complaint, demand, hearing, motion, pleading or request, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy or otherwise.

Date:                                                                                  Respectfully submitted,

                                                                                     Fox and Fox Attorneys at Law, P.C.

                                                                                     /s/ Craig H. Fox
                                                                                     _____
                                                                                     Craig H. Fox, Esquire
                                                                                     Attorney for Creditor

cc: **Counsel for the Debtor:**                    Wilmington Savings Fund Society, FSB,
       Andrew N. Schwartz, Esquire                  et al
       Law Office of Andrew N. Schwartz
       1900 Spruce Street
       Philadelphia, PA  19103

    **Trustee:**

G:\8000\8008.33\8008-33 BK-Entry of Appearance for WILMINGTON SAVINGS FUND SOCIETY.doc