## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 16-12969-AMC

KATHLEEN  RAE FRETZ

315 SUNNYHILL DRIVE

SOUDERTON, PA 18964

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

    KATHLEEN  RAE FRETZ

    315 SUNNYHILL DRIVE

    SOUDERTON, PA 18964

Counsel for debtor(s), by electronic notice only.

    ANDREW N. SCHWARTZ
    LAW OFFICE OF ANDREW N. SCHWARTZ
    1900 SPRUCE STREET
    PHILADELPHIA, PA 19103-

                                        /S/ William C. Miller

Date: 12/21/2016                                  _____

                                                    William C. Miller, Esquire
                                                    Chapter 13 Standing Trustee