# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 16-12969-AMC

KATHLEEN  RAE FRETZ

315 SUNNYHILL DRIVE

SOUDERTON, PA 18964

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KATHLEEN  RAE FRETZ

    315 SUNNYHILL DRIVE

    SOUDERTON, PA 18964

**Counsel for debtor(s), by electronic notice only.**
    ANDREW N. SCHWARTZ
    LAW OFFICE OF ANDREW N. SCHWARTZ
    1900 SPRUCE STREET
    PHILADELPHIA, PA 19103-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                /s/ William C. Miller

Date: 1/19/2017

                                                _____
                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee