# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 16-12969-AMC

KATHLEEN RAE FRETZ

315 SUNNYHILL DRIVE

SOUDERTON, PA 18964

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KATHLEEN RAE FRETZ

315 SUNNYHILL DRIVE

SOUDERTON, PA 18964

Counsel for debtor(s), by electronic notice only.

ANDREW N. SCHWARTZ
LAW OFFICE OF ANDREW N. SCHWARTZ
1900 SPRUCE STREET
PHILADELPHIA, PA 19103-

Date: 10/19/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee