United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-12969-amc
Kathleen Rae Fretz                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1            Date Rcvd: Nov 28, 2017
                              Form ID: 160              Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 30, 2017.
db          +Kathleen Rae Fretz,    315 Sunnyhill Drive,    Souderton, PA 18964-1158
aty         +Andrew N. Schwartz,    Law Offices of Andrew N. Schwartz,    1900 Spruce Street,
              Philadelphia, PA 19103-6605
cr           Penn Liberty Bank,    c/o Craig H. Fox, Esquire,    One Montgomery Plaza,    Suite 706,
              425 Swede Street,    Norristown, PA 19401
cr           Wilmington Savings Fund Society FSB dba WSFS Bank,,    Fox and Fox Attorneys at Law, P.C.,
              c/o Craig H. Fox, Esquire,    One Montgomery Plaza, Suite 706,    425 Swede Street,
              Norristown, PA 19401

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: Bankruptcy@wsfsbank.com Nov 29 2017 01:38:58     WSFS Bank,    500 Delaware Avenue,
              Wilmington, DE 19801,    U.S.A. 19801-1490
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 28, 2017 at the address(es) listed below:
              ANDREW N. SCHWARTZ    on behalf of Debtor Kathleen Rae Fretz andrew.schwartz@psinet.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CRAIG H. FOX    on behalf of Creditor    Wilmington Savings Fund Society FSB dba WSFS Bank,
               Successor by Merger to Penn Liberty Bank bankruptcy@foxandfoxlaw.com,
               cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              CRAIG H. FOX    on behalf of Creditor    Penn Liberty Bank bankruptcy@foxandfoxlaw.com,
               cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 13

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Kathleen Rae Fretz
    Debtor(s)

Case No: 16–12969–amc
Chapter: 13

---

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

    on: 1/9/18

    at: 10:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 11/28/17

For The Court

Timothy B. McGrath
Clerk of Court