# UNITED STATES BANKRUTPCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KATHLEEN  RAE FRETZ | Chapter 13 |
| Debtor | Bankruptcy No. 16-12969-AMC |

## Order Dismissing Chapter 13 Case and
## Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: February 27, 2018**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANDREW N. SCHWARTZ
LAW OFFICE OF ANDREW N. SCHWARTZ
1900 SPRUCE STREET
PHILADELPHIA, PA 19103-

Debtor:
KATHLEEN  RAE FRETZ

315 SUNNYHILL DRIVE

SOUDERTON, PA 18964