United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-12969-amc
Kathleen Rae Fretz                                                      Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Feb 27, 2018
                              Form ID: pdf900           Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
db         +Kathleen Rae Fretz,    315 Sunnyhill Drive,    Souderton, PA 18964-1158
aty        +Andrew N. Schwartz,    Law Offices of Andrew N. Schwartz,    1900 Spruce Street,
             Philadelphia, PA 19103-6605
cr          Penn Liberty Bank,    c/o Craig H. Fox, Esquire,    One Montgomery Plaza,   Suite 706,
             425 Swede Street,   Norristown, PA 19401
cr          Wilmington Savings Fund Society FSB dba WSFS Bank,,    Fox and Fox Attorneys at Law, P.C.,
             c/o Craig H. Fox, Esquire,    One Montgomery Plaza, Suite 706,   425 Swede Street,
             Norristown, PA 19401
13722412   +Borough Of Souderton, PA,    Taxes: County & Borough,    Tax Office, Borough Building,
             31 W Summit Street,   Souderton, PA 18964-1612
13716927   +Penn Liberty Bank,    c/o Craig H. Fox, Esquire,   Fox and Fox Attorneys at Law, P.C.,
             425 Swede Street,   One Montgomery Plaza, Suite 706,    Norristown, PA 19401-4852
13722408    Penn Medicine,    PO Box 824406,   Philadelphia, PA 19182-4406
13722410    Pennsylvania Department Of Revenue,    Bureau Of Individual Taxes,   PO Box 280432,
             Harrisburg, PA 17128-0432
14044790   +WFSF Bank Center,    500 Delaware Avenue,   10th Floor,   Wilmington, DE 19801-1490
13915721    WSFS Bank,    c/o Craig H. Fox, Esquire,   Fox and Fox Attorneys at Law, P.C.,
             One Montgomery Plaza, Suite 706,    425 Swede Street,   Norristown, PA 19401
13835992   +Wilmington Savings Fund Society, FSB, dba WSFS Ban,    c/o Craig H. Fox, Esquire,
             Fox and Fox Attorneys at Law, P.C.,    One Montgomery Plaza, Suite 706,
             Norristown, PA 19401-4852

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: bankruptcy@phila.gov Feb 28 2018 02:25:19     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2018 02:25:00
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 28 2018 02:25:11    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr         +E-mail/Text: Bankruptcy@wsfsbank.com Feb 28 2018 02:25:29    WSFS Bank,   500 Delaware Avenue,
             Wilmington, DE 19801,   U.S.A. 19801-1490
13722407    E-mail/Text: mrdiscen@discover.com Feb 28 2018 02:24:46    Discover Card,   PO Box 30943,
             Salt Lake City, UT 84130
13722409   +E-mail/Text: bankruptcy@erieinsurance.com Feb 28 2018 02:25:26    Erie Insurance,
             100 Erie Insurance Place,   Erie, PA 16530-9000
13722411    E-mail/Text: cio.bncmail@irs.gov Feb 28 2018 02:24:49    Department of the Treasury,
             Internal Revenue Service,   Philadelphia, PA 19255-0025
13875692    E-mail/Text: camanagement@mtb.com Feb 28 2018 02:24:51    M&T Bank,   P.O. Box 840,
             Buffalo, NY 14240-0840
13722413    E-mail/Text: camanagement@mtb.com Feb 28 2018 02:24:51    M&T Bank,   PO Box 1288,
             Buffalo, NY 14240-1288
13904743   +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2018 02:25:00
             Pennsylvania Department Of Revenue,   P.O. Box 289342,   Harrisburg, PA 17128-0001
                                                                                             TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13722420*       +Borough Of Souderton, PA,    Taxes: County & Borough,   Tax Office, Borough Building,
                  31 W Summit Street,   Souderton, PA 18964-1612
13722415*      ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,   NEW ALBANY OH 43054-3025
                 (address filed with court: Discover Card,    PO Box 30943,   Salt Lake City, UT 84130)
13722417*       +Erie Insurance,   100 Erie Insurance Place,    Erie, PA 16530-9000
13722419*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                  PHILADELPHIA PA 19101-7346
                 (address filed with court: Department of the Treasury,    Internal Revenue Service,
                  Philadelphia, PA 19255-0025)
13722421*      ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,   WILLIAMSVILLE NY 14221-7748
                 (address filed with court: M&T Bank,    PO Box 1288,   Buffalo, NY 14240-1288)
13722422*       +Penn Liberty Bank,   724 West Lancaster Avenue,    Suite 210,   Wayne, PA 19087-2558
13722416*        Penn Medicine,   PO Box 824406,   Philadelphia, PA 19182-4406
13722418*        Pennsylvania Department Of Revenue,    Bureau Of Individual Taxes,   PO Box 280432,
                  Harrisburg, PA 17128-0432
13915722*        WSFS Bank,   c/o Craig H. Fox, Esquire,    Fox and Fox Attorneys at Law, P.C.,
                  One Montgomery Plaza, Suite 706,   425 Swede Street,    Norristown, PA 19401
13722414       ##+Penn Liberty Bank,   724 West Lancaster Avenue,    Suite 210,   Wayne, PA 19087-2558
                                                                                             TOTALS: 0, * 9, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-2           User: Stacey               Page 2 of 2              Date Rcvd: Feb 27, 2018
                               Form ID: pdf900            Total Noticed: 21
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:
```
              ANDREW N. SCHWARTZ    on behalf of Debtor Kathleen Rae Fretz andrew.schwartz@psinet.com
              BRIAN CRAIG NICHOLAS     on behalf of Creditor    M&T BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              CRAIG H. FOX    on behalf of Creditor    Penn Liberty Bank bankruptcy@foxandfoxlaw.com,
               cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              CRAIG H. FOX    on behalf of Creditor    Wilmington Savings Fund Society FSB dba WSFS Bank,
               Successor by Merger to Penn Liberty Bank bankruptcy@foxandfoxlaw.com,
               cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              DENISE ELIZABETH CARLON     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ     on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ     on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 14
```

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KATHLEEN  RAE FRETZ                                        Chapter 13

                        Debtor            Bankruptcy No. 16-12969-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: February 27, 2018**

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ANDREW N. SCHWARTZ
LAW OFFICE OF ANDREW N. SCHWARTZ
1900 SPRUCE STREET
PHILADELPHIA, PA 19103-


Debtor:
KATHLEEN  RAE FRETZ

315 SUNNYHILL DRIVE

SOUDERTON, PA 18964